UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:21-cv-0683-TLN-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ELK GROVE POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding without counsel, has filed a complaint (ECF No. 1), an amended complaint (ECF No. 8) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 7). He has not, however, submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in

/////
/////
/////
/////
/////

forma pauperis.[1]  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  May 11, 2021.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from jail officials.