1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD EUGENE JAMES,                    No.  2:21-cv-00683-TLN-EFB

12                  Plaintiff,

13          v.                               **ORDER**

14   ELK GROVE POLICE DEPARTMENT,

15                  Defendant.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On October 14, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 20.)  Plaintiff has

23   not filed objections to the findings and recommendations.

24          The Court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27          1.  The findings and recommendations filed October 14, 2021, (ECF No. 20), are adopted

28              in full; and

1

   2.  This action is dismissed pursuant to 28 U.S.C. § 1915A.

**DATED:  January 10, 2022**

_____
Troy L. Nunley
United States District Judge

2